USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT DEREK LURCH,

Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

Defendants.

**SCHEDULING ORDER**

**26-CV-3636 (PAE) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Court is in receipt of Defendants' letters requesting an adjournment of the Initial Case Management Conference. The Court grants this request and the Initial Case Management Conference scheduled for September 10, 2026 at 3:00 p.m. is hereby adjourned to **Tuesday, November 10, 2026 at 12:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Please plan to arrive at the courthouse early enough to clear security, so that the conference can begin promptly.

Further, insofar as the Housing Works Defendants have requested an extension to respond to Plaintiff's Complaint, this request is also granted. The Housing Works Defendants shall respond to Plaintiff's Complaint by **November 4, 2026**.

**The Clerk of Court is directed to mail a copy of this order to the Plaintiff. Chambers has emailed a copy of this order to the email provided by Plaintiff in the complaint. The Clerk of the Court is also respectfully directed to terminate the motions at ECF Nos. 20, 21, 22.**

Dated: New York, New York
September 9, 2026

SO ORDERED.

Katharine H Parker
___________________________________
KATHARINE H. PARKER
United States Magistrate Judge