USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT DEREK LURCH,

Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

Defendants.

**ORDER**

**26-CV-3636 (PAE) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter requesting limited discovery dated September 21, 2026. However, in light of the Initial Case Management Conference scheduled for November 10 at 12:00 p.m., the Court denies Plaintiff's request without prejudice on the grounds that it is premature. The Court will set a discovery schedule at the Initial Case Management Conference on November 10. Defendants are, however, on notice that they must preserve the information requested by Plaintiff.

**The Clerk of Court is directed to mail a copy of this order to the Plaintiff.**

Dated: New York, New York
September 28, 2026

SO ORDERED.

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge