USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT DEREK LURCH,

Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

Defendants.

**ORDER**

**26-CV-3636 (PAE) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

On October 30, 2026, Defendant, City of New York, filed a motion to dismiss the complaint under Rule 12 of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby ORDERED that plaintiff shall file any amended complaint by **November 20, 2026**.

No further opportunities to amend will ordinarily be granted. If plaintiff does amend, by **December 11, 2026**, defendants shall: (l) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiff, stating that they rely on the previously filed motion to dismiss. Defendants shall not be required to file a pre-motion letter if they decide to file a motion to dismiss on December 11, 2026. If Defendants file new motions to dismiss or rely on their previous motions, Plaintiff's opposition will be due 30 days thereafter, and Defendants' replies, if any, will be due fourteen days after that.

It is further ORDERED that if no amended complaint is filed, plaintiff shall serve any opposition to the motion to dismiss by **November 30, 2026**. Defendants' reply, if any, shall be served by **December 14, 2026**.

**The Clerk of Court is directed to mail a copy of this order to the Plaintiff.**

Dated: New York, New York
November 5, 2026

SO ORDERED.

KATHARINE H. PARKER
United States Magistrate Judge