USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT DEREK LURCH,

Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

Defendants.

**ORDER**

**26-CV-3636 (PAE) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

On November 10, 2026, the parties appeared for an Initial Case Management Conference. After review of the pleadings and consultation with the parties, the following Scheduling Order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

**Pleadings, Parties, and Motions.** In light of the City of New York's pending motion to dismiss, the Court hereby stays all discovery related to Plaintiff's claims against the City of New York, pending the resolution of the motion to dismiss.

**Discovery.** The deadline to complete all fact discovery related to Plaintiff's claims against Housing Works, Shirley Wong, Peter Roman, and Ileana Figeroa is **May 10, 2027**. Initial disclosures and relevant video footage are due **November 24, 2026.**

**Discovery Disputes.** The parties shall follow the Court's Individual Procedures with respect to any discovery disputes. *See* https://nysd.uscourts.gov/hon-katharine-h-parker.

**Rule 1 and Rule 26(b)(1).** Counsel shall comply with Rule 1 and Rule 26(b)(1) in the conduct of discovery.

**Pro Se Clinic.** The Court notes that Plaintiff may avail himself of resources that exist for pro se litigants. Specifically, there is a free legal clinic run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any pro se party through the Pro Se Intake Unit). The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York. A party without legal representation can make an appointment by calling 212-382-4794. Appointments are also available remotely Monday through Friday, 10am to 4pm or in-person Monday through Thursday, 10am to 4pm. The Court strongly encourages Plaintiff to make an appointment with the clinic.

**Joint Status Update.** The parties shall submit a joint status letter by **September 30, 2026.**

**Consent.** The parties are reminded that they have the option to consent to conduct all proceedings, including a trial, before the undersigned pursuant to 28 U.S.C. § 636(c). If all parties consent, they shall complete and file the Consent form available on the Court's website at http://nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge. This Order is not meant to interfere in any way with the parties' absolute right to have dispositive motions and/or a trial before a United States District Judge, but is merely an attempt at preserving scarce judicial resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).

**SO ORDERED.**

DATED: New York, New York
November 10, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge